IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 20 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01257-OES

MARLENE MARTINEZ,
    Plaintiff,

v.

ALBERTSONS,
ANDY (Last Name Unknown), and
NORMA TRUILLIO,
    Defendants.

## ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

Plaintiff Marlene Martinez initiated this action by filing *pro se* a Title VII Complaint. The court must construe the complaint liberally because Ms. Martinez is representing herself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, Ms. Martinez will be ordered to file an amended complaint.

The court has reviewed the complaint filed by Ms. Martinez and has determined that the action may be dismissed because the complaint fails to comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The twin purposes of a complaint are to give the opposing parties fair notice of the basis for the claims against them so that they may respond and to allow the court to conclude that the allegations, if proven, show that the plaintiff is entitled to relief. *See Monument Builders of Greater Kansas City, Inc. v. American Cemetery Ass'n of Kansas*, 891 F.2d 1473, 1480 (10th Cir. 1989). The requirements of Fed. R. Civ. P. 8 are designed

to meet these purposes. *See TV Communications Network, Inc. v. ESPN, Inc.*, 767 F. Supp. 1062, 1069 (D. Colo. 1991), *aff'd*, 964 F.2d 1022 (10th Cir. 1992). Specifically, Rule 8(a) provides that a complaint "shall contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks." The philosophy of Rule 8(a) is reinforced by Rule 8(e)(1), which provides that "[e]ach averment of a pleading shall be simple, concise, and direct." Taken together, Rules 8(a) and (e)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

The complaint filed by Ms. Martinez fails to comply with the pleading requirements of Rule 8 because she fails to provide a short and plain statement of the grounds on which the court's jurisdiction depends and she fails to provide a short and plain statement of her claims showing that she is entitled to relief. Although Ms. Martinez alleges that the complaint is asserted pursuant to Title VII, she does not assert any Title VII claims. Part of the problem stems from the fact that Ms. Martinez has not completed all of the applicable spaces on the court's Title VII Complaint form. Construing the complaint liberally, it may be that Ms. Martinez intends to assert a claim of employment discrimination pursuant to the Americans with Disabilities Act rather than Title VII. If so, she must clearly state so on the complaint form and provide specific facts in support of her claim.

A decision to dismiss a complaint pursuant to Rule 8 is within the trial court's sound discretion. *See Atkins v. Northwest Airlines, Inc.*, 967 F.2d 1197, 1203 (8th

Cir. 1992); *Gillibeau v. City of Richmond*, 417 F.2d 426, 431 (9th Cir. 1969). The court finds that the complaint filed by Ms. Martinez does not meet the requirements of Fed. R. Civ. P. 8(a) and that she should be given an opportunity to file an amended complaint. She will be directed to do so below. Accordingly, it is

ORDERED that Ms. Martinez file, **within thirty (30) days from the date of this order**, an original and a copy of an amended complaint that complies with the pleading requirements of Fed. R. Civ. P. 8 as discussed in this order. It is

FURTHER ORDERED that the clerk of the court mail to Ms. Martinez, together with a copy of this order, two copies of the following form: Title VII Complaint. It is

FURTHER ORDERED that, if Ms. Martinez fails within the time allowed to file an amended complaint that complies with this order to the court's satisfaction, the complaint and the action will be dismissed without further notice.

DATED at Denver, Colorado, this 19th day of July, 2005.

BY THE COURT:

/s/ Boyd N. Boland
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01257-OES

Marlene Martinez
2280 S. Oswego Wy., #103
Aurora, CO 80014

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Title VII Complaint** to the above-named individuals on 7-20-05

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk