**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.   05-cv-01257-REB-OES

MARLANE MARTINEZ,

    Plaintiff,

v.

ALBERTSONS,
ANDY (Last Name Unknown), and
NORMA TRUILLIO,

    Defendants.

**ORDER ADOPTING RECOMMENDATIONS OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    The matters before me are (1) **Recommendation for Dismissal of Defendant Trujillo** [#20], filed February 22, 2006; and (2) **Recommendation for Dismissal** [#22], filed February 24, 2006.  No objections having been filed to the recommendations, I review them only for plain error.  *See **Morales-Fernandez v. Immigration & Naturalization Service**, 418 F.3d 1116, 1122 (10th Cir. 2005).*[1]  Finding no such error in the magistrate judge's recommended dispositions, I find and conclude that the recommendations should be approved and adopted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Recommendation for Dismissal of Defendant Trujillo** [#20], filed

---

[1] This standard pertains even though plaintiff is proceeding *pro se*.  ***Morales-Fernandez***, 418 F.3d at 1122.

February 22, 2006, is **APPROVED AND ADOPTED** as an order of this court;

    2. That the **Recommendation for Dismissal** [#22], filed February 24, 2006, is **APPROVED AND ADOPTED** as an order of this court; and

    3.  That plaintiff's claims against defendants are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

    Dated March 14, 2006, at Denver, Colorado.

                               **BY THE COURT:**

                               **s/ Robert E. Blackburn**
                               **Robert E. Blackburn**
                               **United States District Judge**